**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 389 MAL 2014
:
                 Respondent    :
    : Petition for Allowance of Appeal from the
    : Order of the Superior Court
          v.               :
    :
    :
ALIX BENJAMIN,            :
    :
                 Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.